Vernon's Annotated Missouri Statutes
Title XXXVII. Criminal Procedure
Chapter 540. Grand Juries and Their Proceedings (Refs & Annos)

V.A.M.S. 540.080

## 540.080. Oath of grand jurors

Currentness

Grand jurors may be sworn in the following form:

Do you solemnly swear you will diligently inquire and true presentment make, according to your charge, of all offenses against the laws of the state committed or triable in this county of which you have or can obtain legal evidence; the counsel of your state, your fellows and your own, you shall truly keep secret? You further swear that you will present no one for any hatred, malice or ill will; neither will you leave unpresented any one for love, fear, favor or affection, or for any reward or the hope or promise thereof, but that you will present things truly as they come to your knowledge, to the best of your understanding, according to the laws of this state, so help you God.

Credits

(R.S.1939, § 3905. Amended by L.1989, S.B. Nos. 127, 72, 161, 171, 275 & 120, § A.)

Notes of Decisions containing your search terms (0)
View all 8

V. A. M. S. 540.080, MO ST 540.080
Statutes are current through the end of the 2014 Second Regular Session of the 97th General Assembly, pending corrections received from the Missouri Revisor of Statutes. Constitution is current through the November 6, 2012 General Election.

**End of Document**

© 2014 Thomson Reuters. No claim to original U.S. Government Works.

WestlawNext © 2014 Thomson Reuters. No claim to original U.S. Government Works.

1

EXHIBIT A

Vernon's Annotated Missouri Statutes
  Title XXXVII. Criminal Procedure
    Chapter 540. Grand Juries and Their Proceedings (Refs & Annos)

V.A.M.S. 540.320

### 540.320. Grand juror not to disclose evidence--penalty

Currentness

No grand juror shall disclose any evidence given before the grand jury, nor the name of any witness who appeared before them, except when lawfully required to testify as a witness in relation thereto; nor shall he disclose the fact of any indictment having been found against any person for a felony, not in actual confinement, until the defendant shall have been arrested thereon. Any juror violating the provisions of this section shall be deemed guilty of a class A misdemeanor.

**Credits**

(R.S.1939, § 3924. Amended by L.1989, S.B. Nos. 127, 72, 161, 171, 275 & 120, § A.)

Notes of Decisions containing your search terms (0)
View all 12

V. A. M. S. 540.320, MO ST 540.320
Statutes are current through the end of the 2014 Second Regular Session of the 97th General Assembly, pending corrections received from the Missouri Revisor of Statutes. Constitution is current through the November 6, 2012 General Election.

**End of Document**   © 2014 Thomson Reuters. No claim to original U.S. Government Works.

540.310. Cannot be compelled to disclose vote, MO ST 540.310

Vernon's Annotated Missouri Statutes
 Title XXXVII. Criminal Procedure
  Chapter 540. Grand Juries and Their Proceedings (Refs & Annos)

V.A.M.S. 540.310

## 540.310. Cannot be compelled to disclose vote

Currentness

No member of a grand jury shall be obliged or allowed to testify or declare in what manner he or any other member of the grand jury voted on any question before them, or what opinions were expressed by any juror in relation to any such question.

**Credits**

(R.S.1939, § 3923.)

Notes of Decisions containing your search terms (0)
View all 3

V. A. M. S. 540.310, MO ST 540.310
Statutes are current through the end of the 2014 Second Regular Session of the 97th General Assembly, pending corrections received from the Missouri Revisor of Statutes. Constitution is current through the November 6, 2012 General Election.

**End of Document**  © 2014 Thomson Reuters. No claim to original U.S. Government Works.