UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Grand Juror Doe, | ) |
|    Plaintiff, | ) |
| v. | ) No. |
| Robert P. McCulloch, in his official capacity as Prosecuting Attorney for St. Louis County, Missouri, | ) |
|    Defendant. | ) |

## Notice of Filing

Comes now Plaintiff and gives notice that within twenty-four hours, Plaintiff will file with the Clerk, together with a copy of this notice, a disc that is Exhibit C referenced in the filed Complaint.

                                        Respectfully submitted,

                                        /s/ Anthony E. Rothert
                                        Anthony E. Rothert, #44827MO
                                        Grant R. Doty, #60788MO
                                        Andrew McNulty, #67138MO
                                        American Civil Liberties Union of
                                                Missouri Foundation
                                        454 Whittier Street
                                        St. Louis, Missouri 63108
                                        Phone: 314-652-3114
                                        Fax: 314-652-3112
                                        trothert@aclu-mo.org
                                        gdoty@aclu-mo.org
                                        amcnulty@aclu-mo.org

**EXHIBIT C**

Gillian R. Wilcox, #61278MO
American Civil Liberties Union of
        Missouri Foundation
3601 Main Street
Kansas City, Missouri 64111
gwilcox@aclu-mo.org

Sowers & Wolf, LLC
D. Eric Sowers, EDMO 24970MO
es@sowerswolf.com
Ferne P. Wolf, EDMO 29326MO
fw@sowerswolf.com
Joshua M. Pierson, EDMO 65105MO
jp@sowerswolf.com
530 Maryville Centre Drive, Suite 460
St. Louis, MO 63141
314-744-4010/314-744-4026 fax

<u>Certificate of Service</u>

I certify that a copy of the foregoing has been send by United States mail on January 5, 2015, to Robert P. McCulloch, St. Louis Prosecuting Attorney's Office, 100 South Central Avenue, Second Floor, Clayton, Missouri 63105.

/s/ Anthony E. Rothert