Case: 4:15-cv-00006-RWS   Doc. #: 1-5   Filed: 01/05/15   Page: 1 of 1 PageID #: 38

FIRST REGULAR SESSION

# HOUSE JOINT RESOLUTION NO. 17

## 98TH GENERAL ASSEMBLY

INTRODUCED BY REPRESENTATIVE ELLINGTON.

0819L.01I                                                                                                          D. ADAM CRUMBLISS, Chief Clerk

### JOINT RESOLUTION

Submitting to the qualified voters of Missouri an amendment repealing section 16 of article I of the Constitution of Missouri, relating to grand juries.

*Be it resolved by the House of Representatives, the Senate concurring therein:*

That at the next general election to be held in the state of Missouri, on Tuesday next following the first Monday in November, 2016, or at a special election to be called by the governor for that purpose, there is hereby submitted to the qualified voters of this state, for adoption or rejection, the following amendment to article I of the Constitution of the state of Missouri:

Section A.  Section 16, article I, Constitution of Missouri, is repealed.

[Section 16.  That a grand jury shall consist of twelve citizens, any nine of whom concurring may find an indictment or a true bill:  Provided, that no grand jury shall be convened except upon an order of a judge of a court having the power to try and determine felonies; but when so assembled such grand jury shall have power to investigate and return indictments for all character and grades of crime; and that the power of grand juries to inquire into the willful misconduct in office of public officers, and to find indictments in connection therewith, shall never be suspended.]

✓

EXPLANATION —   Matter enclosed in bold-faced brackets **[thus]** in the above bill is not enacted and is intended to be omitted from the law. Matter in **bold-face** type in the above bill is proposed language.

**EXHIBIT E**