ATTORNEYS FOR PLAINTIFF

ANTHONY E. ROTHERT
GRANT R. DOTY
ANDREW J. McNULTY
American Civil Liberties Union
	of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
Phone: 314-652-3114

GILLIAN R. WILCOX
American Civil Liberties Union
	of Missouri Foundation
3601 Main Street
Kansas City, Missouri 64111

**Sowers & Wolf, LLC**
D. ERIC SOWERS
FERNE P. WOLF
JOSHUA M. PIERSON
530 Maryville Centre Drive, Suite 460
St. Louis, Missouri 63141