# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| Grand Juror Doe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   4:15-cv-00006 |
| | ) | |
| Robert P. McCulloch, in his official capacity | ) | |
|     as Prosecuting Attorney for St. Louis | ) | |
|     County, Missouri, | ) | |
| | ) | |
| Defendant. | ) | |

## Notice of Filing

Comes now Plaintiff and gives notice that within twenty-four hours, Plaintiff will file with the Clerk, together with a copy of this notice, a disc that is Exhibit C referenced in the filed Complaint.

                                                Respectfully submitted,

                                                <u>/s/ Anthony E. Rothert</u>
                                                Anthony E. Rothert, #44827MO
                                                Grant R. Doty, #60788MO
                                                Andrew McNulty, #67138MO
                                                American Civil Liberties Union of
                                                      Missouri Foundation
                                                454 Whittier Street
                                                St. Louis, Missouri 63108
                                                Phone: 314-652-3114
                                                Fax: 314-652-3112
                                                trothert@aclu-mo.org
                                                gdoty@aclu-mo.org
                                                amcnulty@aclu-mo.org

Gillian R. Wilcox, #61278MO
American Civil Liberties Union of
      Missouri Foundation
3601 Main Street
Kansas City, Missouri 64111
gwilcox@aclu-mo.org

Sowers & Wolf, LLC
D. Eric Sowers, EDMO 24970MO
es@sowerswolf.com
Ferne P. Wolf, EDMO 29326MO
fw@sowerswolf.com
Joshua M. Pierson, EDMO 65105MO
jp@sowerswolf.com
530 Maryville Centre Drive, Suite 460
St. Louis, MO 63141
314-744-4010/314-744-4026 fax

<u>Certificate of Service</u>

 I certify that a copy of the foregoing has been send by United States mail on January 5, 2015, to Robert P. McCulloch, St. Louis Prosecuting Attorney's Office, 100 South Central Avenue, Second Floor, Clayton, Missouri 63105.

              <u>/s/ Anthony E. Rothert  </u>