UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Grand Juror Doe, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   4:15-cv-00006 |
| | ) |
| Robert P. McCulloch, in his official capacity | ) |
| as Prosecuting Attorney for St. Louis | ) |
| County, Missouri, | ) |
| | ) |
| Defendant. | ) |

**Entry of Appearance**

Comes now D. Eric Sowers and enters his appearance on behalf of plaintiff.

/s/ D. Eric Sowers
Sowers & Wolf, LLC
D. Eric Sowers, EDMO 24970MO
es@sowerswolf.com
Ferne P. Wolf, EDMO 29326MO
fw@sowerswolf.com
Joshua M. Pierson, EDMO 65105MO
jp@sowerswolf.com
530 Maryville Centre Drive, Suite 460
St. Louis, MO 63141
(314) 744-4010/(314) 744-4026 fax

Anthony E. Rothert, #44827MO
Grant R. Doty, #60788MO
Andrew McNulty, #67138MO
American Civil Liberties Union of
Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
Phone: 314-652-3114
Fax: 314-652-3112
trothert@aclu-mo.org
gdoty@aclu-mo.org
amcnulty@aclu-mo.org

Gillian R. Wilcox, #61278MO
American Civil Liberties Union of
Missouri Foundation
3601 Main Street
Kansas City, Missouri 64111
gwilcox@aclu-mo.org

Attorneys for Plaintiff

Certificate of Service

    I certify a copy of the foregoing Entry of Appearance has been sent by United States mail on January 5, 2015, to Robert P. McCulloch, St. Louis Prosecuting Attorney's Office, 100 South Central Avenue, Second Floor, Clayton, Missouri 63105.

    /s/ D. Eric Sowers