UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GRAND JUROR DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15-cv-00006 |
| ) | |
| ROBERT P. MCCULLOCH, in his ) | |
|   official capacity as Prosecuting Attorney for ) | |
|   St. Louis County, Missouri, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME**

Comes now Defendant, by and through counsel, and states as follows in support of his motion for extension of time in which to file a responsive pleading.

1. Defendant's responsive pleading is due January 26, 2015 (Doc. No. 13).

2. Undersigned counsel has been responsible for other litigation, particularly stay-of-execution litigation, and two first-degree murder trials.

3. Defendant's counsel contacted Plaintiff's counsel, Grant Doty, who stated Plaintiff had no objection and consents to Defendant's request for a fourteen-day extension of time to file a responsive pleading.

4. This request is not designed to vex or harass Plaintiff; Plaintiff's substantive rights should not be adversely affected.

1

WHEREFORE Defendant prays the court grant him a fourteen-day extension, until February 9, 2015, to file a responsive pleading.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/ David Hansen*
**DAVID HANSEN**
Assistant Attorney General
Missouri Bar No. 40990
P. O. Box 899
Jefferson City, MO 65102
Phone: 573-751-9635
Fax: 573-751-2096
David.Hansen@ago.mo.gov


**PETER J. KRANE**
St. Louis County Counselor's Office
Missouri Bar No. 32546
41 South Central
Clayton, MO 63015
Phone 314-615-7042
PKrane@stlouisco.com

**TONY RELYS**
Assistant Attorney General
Missouri Bar No. 63190
Old Post Office Building
815 Olive Street, Ste. 200
St. Louis 63101
Phone: 314-340-6816
Fax:  314-340-7657
Tony.Relys@ago.mo.gov

ATTORNEYS FOR DEFENDANT

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2015, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF electronic notification system which sent notification of such filing to the following:

**Anthony E. Rothert**
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDA′
454 Whittier Street
St. Louis, MO 63108
314-669-3420
314-652-3112 (fax)
trothert@aclu-mo.org


**Grant R. Doty**
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDA′
454 Whittier Street
St. Louis, MO 63108
314-669-3422
314-652-3112 (fax)
gdoty@aclu-mo.org


**Andrew J. McNulty**
ACLU OF MISSOURI
454 Whittier St
St. Louis, MO 63108
847-385-8062
andrew.joseph.mcnulty@gmail.com

3

**Joshua Michael Pierson**
SOWERS AND WOLF, LLC
530 Maryville Centre
Suite 460
St. Louis, MO 63141
314-744-4010
314-744-4026 (fax)
jp@sowerswolf.com

**D. Eric Sowers**
SOWERS AND WOLF, LLC
530 Maryville Centre
Suite 460
St. Louis, MO 63141
314-744-4010
314-744-4026 (fax)
es@sowerswolf.com

**Gillian R. Wilcox**
ACLU OF MISSOURI
3601 Main St.
Kansas City, MO 64111
gwilcox@aclu-mo.org

**Ferne P. Wolf**
SOWERS AND WOLF, LLC
530 Maryville Centre Drive
Suite 460
St. Louis, MO 63141
314-744-4010
314-744-4026 (fax)
fw@sowerswolf.com

*/s/ David J. Hansen*
Assistant Attorney General