**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| GRAND JUROR DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  4:15-cv-00006 |
| v. | ) | |
| | ) | |
| ROBERT P. MCCULLOCH, | ) | |
| In his official capacity as Prosecuting | ) | |
| Attorney for St. Louis County, Missouri, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**ENTRY OF APPEARANCE**</u>

COMES NOW Peter J. Krane, County Counselor for St. Louis County, Missouri, and enters

his appearance on behalf of Defendant Robert P. McCulloch.

Respectfully Submitted,

PETER J. KRANE
COUNTY COUNSELOR

/s/   *Peter J. Krane*
Peter J. Krane
Missouri Bar No.  #32546
Office of the County Counselor
St. Louis County Government Center
41 S. Central, Ninth Floor
Clayton, MO 63105
(314)615-7042 tel. (314)615-3732 fax
PKrane@stlouisco.com

*Attorneys for Defendant Robert P. McCulloch.*