# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| GRAND JUROR DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:15-cv-00006 |
| | ) |
| ROBERT P. MCCULLOCH, in his | ) |
| official capacity as Prosecuting Attorney for | ) |
| St. Louis County, Missouri, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW David J. Hansen, Assistant Attorney General, State of Missouri, hereby enters his appearance as counsel for the Defendant in the above-referenced matter.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/ David Hansen*
**DAVID HANSEN**
Assistant Attorney General
Missouri Bar No. 40990
P. O. Box 899
Jefferson City, MO 65102
Phone:  573-751-9635
Fax: 573-751-2096
David.Hansen@ago.mo.gov

ATTORNEY FOR DEFENDANT

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 26, 2015, I electronically filed the forgoing

with the Clerk of the Court using the CM/ECF electronic notification system

which sent notification of such filing to the following:

**Anthony E. Rothert**
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDA'
454 Whittier Street
St. Louis, MO 63108
314-669-3420
314-652-3112 (fax)
trothert@aclu-mo.org


**Grant R. Doty**
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDA'
454 Whittier Street
St. Louis, MO 63108
314-669-3422
314-652-3112 (fax)
gdoty@aclu-mo.org


**Andrew J. McNulty**
ACLU OF MISSOURI
454 Whittier St
St. Louis, MO 63108
847-385-8062
andrew.joseph.mcnulty@gmail.com

2

**Joshua Michael Pierson**
SOWERS AND WOLF, LLC
530 Maryville Centre
Suite 460
St. Louis, MO 63141
314-744-4010
314-744-4026 (fax)
jp@sowerswolf.com

**D. Eric Sowers**
SOWERS AND WOLF, LLC
530 Maryville Centre
Suite 460
St. Louis, MO 63141
314-744-4010
314-744-4026 (fax)
es@sowerswolf.com

**Gillian R. Wilcox**
ACLU OF MISSOURI
3601 Main St.
Kansas City, MO 64111
gwilcox@aclu-mo.org

**Ferne P. Wolf**
SOWERS AND WOLF, LLC
530 Maryville Centre Drive
Suite 460
St. Louis, MO 63141
314-744-4010
314-744-4026 (fax)
fw@sowerswolf.com

/s/ David J. Hansen
Assistant Attorney General