UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GRAND JUROR DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15-cv-00006 |
| ) | |
| ROBERT P. MCCULLOCH, in his ) | |
| official capacity as Prosecuting Attorney for ) | |
| St. Louis County, Missouri, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW H. Anthony Relys, Assistant Attorney General, State of Missouri, hereby enters his appearance as counsel for the Defendant in the above-referenced matter.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/Anthony Relys*
**H. Anthony Relys**
Assistant Attorney General
Missouri Bar No. 63190
Old Post Office Building
815 Olive Street, Ste. 200
St. Louis 63101
Phone: 314-340-6816
Fax:  314-340-7657
Tony.Relys@ago.mo.gov
ATTORNEY FOR DEFENDANT

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2015, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF electronic notification system which sent notification of such filing to the following:

**Anthony E. Rothert**
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDA'
454 Whittier Street
St. Louis, MO 63108
314-669-3420
314-652-3112 (fax)
trothert@aclu-mo.org

**Grant R. Doty**
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDA'
454 Whittier Street
St. Louis, MO 63108
314-669-3422
314-652-3112 (fax)
gdoty@aclu-mo.org

**Andrew J. McNulty**
ACLU OF MISSOURI
454 Whittier St
St. Louis, MO 63108
847-385-8062
andrew.joseph.mcnulty@gmail.com

**Joshua Michael Pierson**
SOWERS AND WOLF, LLC
530 Maryville Centre
Suite 460
St. Louis, MO 63141
314-744-4010
314-744-4026 (fax)
jp@sowerswolf.com

**D. Eric Sowers**
SOWERS AND WOLF, LLC
530 Maryville Centre
Suite 460
St. Louis, MO 63141
314-744-4010
314-744-4026 (fax)
es@sowerswolf.com

**Gillian R. Wilcox**
ACLU OF MISSOURI
3601 Main St.
Kansas City, MO 64111
gwilcox@aclu-mo.org

**Ferne P. Wolf**
SOWERS AND WOLF, LLC
530 Maryville Centre Drive
Suite 460
St. Louis, MO 63141
314-744-4010
314-744-4026 (fax)
fw@sowerswolf.com

*/s/ Anthony Relys*
Assistant Attorney General