UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GRAND JUROR DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:15 CV 6 RWS |
| | ) |
| ROBERT P. MCCULLOCH, in | ) |
| his official capacity as Prosecuting | ) |
| Attorney for St. Louis County, | ) |
| Missouri, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Motion to Certify to the Attorney General of Missouri that the constitutionality of Missouri Revised Statutes sections 540.080, 540.120, 540.310, and 540.320, as well as any other provision of Missouri law that prohibits Plaintiff from discussing or expressing an opinion about Plaintiff's grand jury service, the witnesses and evidence, the State's counsel to the grand jury, and Defendant's characterizations of the grand juror's views, are unconstitutional as applied.  Plaintiff also seeks injunctive relief.

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff's Motion to Certify to the Attorney General of Missouri that the constitutionality of Missouri Revised

Statutes sections 540.080, 540.120, 540.310, and 540.320 has been questioned [Doc. #15] is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b), the Court certifies to Chris Koster, Attorney General of the State of Missouri, that the constitutionality of Missouri Revised Statutes sections 540.080, 540.120, 540.310, and 540.320 has been called into question in this matter by Plaintiff.

**IT IS FURTHER ORDERED that** the Attorney General shall have until **March 6, 2015** to intervene in this matter pursuant to Fed. R. Civ. P. 5.1(c).

**IT IS FURTHER ORDERED that** the Clerk of the Court shall send a copy of the complaint and a copy of this order, by certified mail, to: Chris Koster, Attorney General of the State of Missouri, P.O. Box 899, Jefferson City, Missouri 65102.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of January, 2015.