UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GRAND JUROR DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:15 CV 6 RWS |
| | ) |
| ROBERT P. MCCULLOCH, in his official capacity as Prosecuting Attorney for St. Louis County, Missouri, | ) ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED that** Plaintiff's motion for leave to proceed under the pseudonym Grand Juror Doe [Doc. #4] is **GRANTED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of January, 2015.