# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GRAND JUROR DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case 4:15-cv-6-RWS |
| | ) |
| ROBERT P. MCCULLOCH, in his | ) |
| official capacity as Prosecuting Attorney | ) |
| for St. Louis County, Missouri, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT ROBERT P. MCCULLOCH'S MOTION TO DISMISS

Defendant Robert P. McCulloch ("Defendant"), through counsel, moves pursuant to Rule 12(b) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint because the Court lacks subject matter jurisdiction over Plaintiff's claims; because Plaintiff's claims are not ripe for adjudication; because Defendant is entitled to immunity under the Eleventh Amendment; and because Plaintiff has failed to state a claim upon which relief may be granted. Further, and in the event this Court determines that it has jurisdiction over Plaintiff's claims, the Court should abstain from exercising jurisdiction.

Pursuant to Local Rule 7-4.01, Defendant has filed his Memorandum in Support of his Motion to Dismiss contemporaneously herewith, and incorporates the same by this reference.

WHEREFORE, Defendant Robert P. McCulloch respectfully requests the Court to dismiss Plaintiff's Complaint, and grant him any such other and further relief the Court deems fair and appropriate.

Respectfully submitted,
**CHRIS KOSTER**,
Attorney General


   /s/ David Hansen
**DAVID HANSEN**
Assistant Attorney General
Missouri Bar No. 40990
Post Office Box 899
Jefferson City, MO  65102
Phone: (573) 751-9635
Fax: (573) 751-2096
David.Hansen@ago.mo.gov

**PETER J. KRANE**
St. Louis County Counselor's Office
Missouri Bar No. 32546
41 South Central Avenue
Clayton, MO  63015
Phone: (314) 615-7042
PKrane@stlouisco.com

**H. ANTHONY RELYS**
Assistant Attorney General
Missouri Bar No. 63190
Assistant Attorney General
Post Office Box 861
St. Louis, MO  63188
Phone: (314) 340-7861
Fax: (314) 340-7029
Tony.Relys@ago.mo.gov

*Attorneys for Defendant Robert P. McCulloch*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2015, the foregoing **Defendant Robert P. McCulloch's Motion to Dismiss** was filed via the Court's electronic filing system upon all counsel of record.

                                            /s/ David Hansen
                                            David Hansen
                                            Assistant Attorney General