# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GRAND JUROR DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case 4:15-cv-6-RWS |
| | ) |
| ROBERT P. MCCULLOCH, in his | ) |
| official capacity as Prosecuting | ) |
| Attorney for St. Louis County, | ) |
| Missouri, | ) |
| | ) |
| Defendant. | |

## MOTION TO WITHDRAW AS ATTORNEY

Assistant Attorney General H. Anthony Relys moves to withdraw as counsel for Defendant. Mr. Relys is leaving the employment of the Missouri Attorney General's Office effective May 26, 2017.

1

        Respectfully submitted,

        **JOSHUA D. HAWLEY**,
        Attorney General

        /s/ *H. Anthony Relys*
        H. Anthony Relys, #63190
        Assistant Attorneys General
        Post Office Box 861
        St. Louis, MO  63188
        Tel: (314) 340-7861
        Fax: (314) 340-7029
        Tony.Relys@ago.mo.gov
        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

        */s/ H. Anthony Relys*
        Assistant Attorney General