**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Grand Juror Doe, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No.  4:15-cv-00006-RWS |
| | ) |
| Robert P. McCulloch, in his official capacity | ) |
|     as Prosecuting Attorney for St. Louis | ) |
|     County, Missouri, | ) |
| | ) |
|     Defendant. | ) |

### MOTION FOR REFERRAL TO MEDIATION

Pursuant to Local Rule of the United States District Court for the Eastern District of Missouri 6.01, Plaintiff requests this Court refer this matter for mediation. In support, she states:

1. Plaintiff seeks declaratory judgment that Missouri laws criminalizing her disclosure of information about the experience on a Missouri grand jury are unconstitutional as applied.

2. Defendant is the St. Louis County Prosecuting Attorney, sued in his official capacity, who Plaintiff alleges is charged with enforcement of the statutes she challenges.

3. On January 1, 2019, the current holder of the office of St. Louis County Prosecuting Attorney will cease to hold office. His successor in office will automatically be substituted as the defendant in this case. Fed. R. Civ. P. 25(d).

4. Plaintiff believes that the parties would benefit from an informal, non-binding dispute resolution process in which an impartial mediator facilitates negotiations among the parties to help them reach a settlement.

1

5. A referral to mediation would benefit all parties because, in light of the distinctive procedural history of this case, it has been pending for nearly four years and given the novel factual and legal issues presented is not likely to reach a final resolution soon. A referral would also provide the parties with the opportunity to resolve this matter without requiring this Court to make a determination regarding the constitutionality of Missouri grand jury secrecy laws.

WHEREFORE Plaintiff requests this Court enter an order referring this matter to mediation and allowing such other and further relief as is just and proper under the circumstances.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, #1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
Fax: (314) 652-3112
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9933
Fax: (816) 652-3112
gwilcox@aclu-mo.org

D. Eric Sowers, #24970MO
Ferne P. Wolf, #29326MO
Joshua M. Pierson, #65105MO
Sowers & Wolf, LLC
530 Maryville Centre Drive, Suite 460
St. Louis, MO 63141
314-744-4010/314-744-4026 fax
es@sowerswolf.com

                    fw@sowerswolf.com
                    jp@sowerswolf.com

*Attorneys for Plaintiff*