UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GRAND JUROR DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15 CV 6 RWS |
| | ) | |
| WESELY J. C. BELL, in his official capacity as Prosecuting Attorney for St. Louis County, Missouri, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that**

Defendant Prosecuting Attorney's motion to dismiss is **GRANTED** and that this matter is **DISMISSED** with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of February, 2019.