# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1436

Grand Juror Doe

Appellant

v.

Wesley Jonell-Cleavon Bell, in his official capacity as Prosecuting Attorney for St. Louis County, Missouri

Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cv-00006-RWS)

---

## MANDATE

In accordance with the opinion and judgment of 08/14/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 04, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit